JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GALA Inc DBA Single, a California Corporation. <br><br> Plaintiff, <br><br> vs. <br><br> NORTHFIELD INSURANCE COMPANY, a Connecticut Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-05019-AB(AFMx) <br><br> **[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL** |

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Date: October 5, 2018

Honorable André Birotte Jr.
United States District Court Judge